IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.

INDICTMENT

TIMOTHY FREDERICK MURPHY-JOHNSON
  and
OLIVIA ASHFORD HENN

1:23cr20-AW

_____/

**THE GRAND JURY CHARGES:**

## COUNT ONE

Between on or about June 8, 2023, and June 11, 2023, in the Northern District of Florida and elsewhere, the defendant,

**TIMOTHY FREDERICK MURPHY-JOHNSON,**

did knowingly transport an individual who had not attained the age of 18 years in interstate commerce, with the intent that the individual engage in sexual activity for which any person can be charged with a criminal offense, namely, engaging in unlawful sexual activity with a minor, which was a criminal offense under Section 794.05, Florida Statutes.

In violation of Title 18, United States Code, Sections 2423(a) and 2.

## COUNT TWO

Between on or about June 10, 2023, and on or about July 25, 2023, in the Northern District of Florida and elsewhere, the defendants,

**TIMOTHY FREDERICK MURPHY-JOHNSON,**
**and**
**OLIVIA ASHFORD HENN,**

did knowingly and willfully combine, conspire, confederate, and agree together to use, persuade, induce, entice, and coerce a minor, A.S.H., to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT THREE

On or about June 12, 2023, in the Northern District of Florida, the defendant,

**TIMOTHY FREDERICK MURPHY-JOHNSON,**

did knowingly and intentionally use, persuade, induce, entice, and coerce a minor, A.S.H., to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT FOUR

On or about June 19, 2023, in the Northern District of Florida, the defendants,

**TIMOTHY FREDERICK MURPHY-JOHNSON,
and
OLIVIA ASHFORD HENN,**

did knowingly and intentionally use, persuade, induce, entice, and coerce a minor, A.S.H., to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a), 2251(e) and 2.

## COUNT FIVE

On or about June 21, 2023, in the Northern District of Florida, the defendants,

**TIMOTHY FREDERICK MURPHY-JOHNSON,
and
OLIVIA ASHFORD HENN,**

did knowingly and intentionally use, persuade, induce, entice, and coerce a minor, A.S.H., to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a), 2251(e) and 2.

## COUNT SIX

On or about July 15, 2023, in the Northern District of Florida, the defendant,

**TIMOTHY FREDERICK MURPHY-JOHNSON,**

did knowingly and intentionally use, persuade, induce, entice, and coerce a minor, A.S.H., to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## FORFEITURE ALLEGATIONS

## I. TRANSPORTATION OF A MINOR

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of Title 18, United States Code, Section 2428. From his engagement in the violations alleged in Count One of this Indictment, the defendant,

**TIMOTHY FREDERICK MURPHY-JOHNSON,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428, all of his interests in:

A. Any property, real or personal, used or intended to be used to commit or facilitate the commission of the violations alleged in Count One of this Indictment; and

B. Any property, real or personal, constituting or derived from any proceeds traceable to, or proceeds obtained directly or indirectly as a result of, the violations alleged in Count One of this Indictment.

## II. PRODUCTION OF CHILD PORNOGRAPHY

The allegations contained in Counts Two through Six of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of Title 18, United States Code, Section 2253. From their engagement in the violations alleged in Counts Two through Six of this Indictment, the defendants,

**TIMOTHY FREDERICK MURPHY-JOHNSON,**
**and**
**OLIVIA ASHFORD HENN,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all of their interest in:

A. Any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such

visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18, United States Code;

B. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Counts Two through Six of this Indictment; and

C. Any property, real or personal, used, or intended to be used, to commit or promote the commission of the offenses alleged in Two through Six of this Indictment.

D. The property referenced in subparagraphs A, B, and C above includes, but is not limited to, computer hardware such as monitors, central processing units, keyboards, computer programs, software, computer storage devices, such as disk drive units, disks, tapes, and hard disk drives or units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the hardware and software mentioned above, tools, equipment, and manuals and documentation for the assembly and use of the hardware and software mentioned above.

If, as the result of any act or omission of the defendants, any of the property described above as being subject to forfeiture:

   i. cannot be located upon the exercise of due diligence;

ii. has been transferred or sold to, or deposited with, a third person;

iii. has been placed beyond the jurisdiction of the Court;

iv. has been substantially diminished in value; or

v. has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), and by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of any forfeitable property described above.

A TRUE BILL:

Redacted

Oct. 3, 2023
DATE

JASON R. COODY
United States Attorney

F.T. WILLIAMS
Assistant United States Attorney

7