IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                          CASE No: 1:23CR20-AW/ML

OLIVIA ASHFORD HENN
_____/

## STATEMENT OF FACTS

The following Statement of Facts is entered into by and between Olivia Ashford Henn as Defendant, Thomas L. Edwards, Esq., as attorney for Defendant, and the United States Attorney for the Northern District of Florida:

In May 2023, OLIVIA ASHFORD HENN and TIMOTHY FREDERICK MURPHY-JOHNSON were involved in a sexual relationship with one another. HENN would travel from Orlando, Florida to MURPHY-JOHNSON's residence in Gainesville, Florida. HENN and MURPHY-JOHNSON would communicate by cell phone and internet-based instant messaging and voice-chat applications.

On June 8, 20223, MURPHY-JOHNSON sent HENN a message discussing a female in Texas that could be brought to Florida for the purpose of engaging in sexual activity. HENN was aware that MURPHY-JOHNSON was attempting to make these arrangements and together they purchased items

Filed in Open Court
3-21-2024
Clerk, U.S. District Court
Northern District of Florida

1

for the female in anticipation of her arrival. HENN made a CashApp payment to MURPHY-JOHNSON for items they purchased.

On June 8, 2023, MURPHY-JOHNSON began a text message conversation with a person in Texas (hereafter "Driver") to arrange for the transportation of A.S.H. from Corpus Christi, Texas to Gainesville, Florida. A.S.H. was a minor female born on January 2007, and MURPHY-JOHNSON was aware that A.S.H. was a minor. On June 9, 2023, MURPHY-JOHNSON informed Driver by text message that the person to be transported was his daughter and she was 16 years of age. Arrangements were made to transport A.S.H. to Gainesville, Florida for the agreed upon initial price of $480 to be paid through CashApp, an internet-based mobile payment service. Driver departed Texas with A.S.H. on June 10, 2023, and arrived with her in Gainesville, Florida on June 11, 2023. MURPHY-JOHNSON and Driver continued to communicate by text message communicated during the time of travel. Driver was paid by MURPHY-JOHNSON using CashApp. Text communications between MURPHY-JOHNSON and Driver were maintained on Driver's cell phone, which confirmed all of these events.

Between June 11, 2023, and July 25, 2023, A.S.H. was maintained at MURPHY-JOHNSON's residence in Gainesville, Florida. Throughout this period, A.S.H. was tortured and sexually abused by both MURPHY-

JOHNSON and HENN. At times the abuse was filmed by HENN or MURPHY-JOHNSON. Throughout this period, MURPHY-JOHNSON and HENN engaged in numerous conversations—in person, by cell phone, and through internet-based messaging—in which they discussed A.S.H.'s physical and mental condition, sexual acts involving A.S.H., and their mutual concern regarding being arrested if discovered by law enforcement. For example, on June 28, 2023, HENN sent messages to MURPHY_JOHNSON stating, "We're gonna go to jail," and, "She's gonna throw me immediately under the bus." MURPHY-JOHNSON replied "No dude. We will both go I'll go worst…"

On July 25, 2023, law enforcement officers investigating the reported disappearance of A.S.H.'s from Texas executed a search warrant at MURPHY-JOHNSON's residence. The officers located A.S.H. inside the residence. MURPHY-JOHNSON was arrested at the residence and his cell phone was seized. A second search warrant was obtained for electronic devices at the residence, as well as a search warrant for MURPHY-JOHNSON's cell phone, a Samsung Galaxy A23 which was manufactured in Vietnam.

Items seized from the residence included MURPHY-JOHNSON's Alien Ware laptop computer with a Samsung 256GB Micro SD Card that was manufactured in the Philippines.

3

On August 4, 2023, HENN was located and arrested in Orlando, Florida. At the time of her arrest, she possessed a Samsung Galaxy S23 cell phone that was manufactured in Vietnam. HENN was advised of her *Miranda* rights and agreed to be interviewed. The interview was video recorded. She admitted being engaged in sexual acts with A.S.H., creating images of the acts, and provided law enforcement with objects used during sexual acts with A.S.H. which remained in HENN's residence. HENN acknowledged MURPHY-JOHNSON's role in transporting A.S.H. from Texas to Florida, involvement in creating images of A.S.H., as well as their numerous conversations regarding A.S.H.

Sexually explicit images of A.S.H. produced by HENN and MURPHY-JOHNSON during the time A.S.H. was maintained at MURPHY-JOHNSON's residence include the following:

    1.    A 12 minute 43 second video filmed on June 19, 2023, by MURPHY-JOHNSON using his Samsung cell phone in which HENN uses an object to penetrate A.S.H's vagina while she is lying naked on a mattress. The video was located on MURPHY-JOHNSON's Samsung SD 256GB.

    2.    An image created on June 21, 2023, by HENN using her Samsung cell phone depicting A.S.H. lying naked and face down,

4

focused on her buttocks and vaginal area and showing numerous lacerations on her back and buttocks. MURPHY-JOHNSON is in the image standing in the background near the child's head. The image remained on HENN's Samsung cell phone.

## ELEMENTS

### Conspiracy

The Defendant can be found guilty of this crime only if all the following facts are proven beyond a reasonable doubt:

(1) two or more persons in some way agreed to try to accomplish a shared and unlawful plan as charged in the indictment;

(2) the Defendant knew the unlawful purpose of the plan and willfully joined in it;

(3) during the conspiracy, one of the conspirators knowingly engaged in at least one overt act.

(4) the overt act was committed at or about the time alleged and with the purpose of carrying out or accomplishing some object of the conspiracy.

### Production of Child Pornography

The Defendant can be found guilty of this crime only if all the following facts are proven beyond a reasonable doubt:

5

(1)  the Defendant used, persuaded, induced, enticed, or coerced a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of the conduct;

(2)  an actual minor, that is, a real person who was less than 18 years old, was depicted;

(3)  the visual depiction was produced using materials that had been mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer;

_____
THOMAS L. EDWARDS
Attorney for Defendant

3/21/24
Date

_____
OLIVIA ASFORD HENN
Defendant

3/21/24
Date

JASON R. COODY
United States Attorney

_____
F.T. WILLIAMS
Florida Bar No. 936219
Assistant United States Attorney
Northern District of Florida
401 SE 1st Ave., Suite 211
Gainesville, FL 32601
Ph. 352.378.0996
frank.williams@usdoj.gov

3/21/24
Date

(f) The Defendant has the right to the assistance of counsel —

before making a decision whether to plead guilty, during plea negotiations, and at sentencing.

(g) A defendant who is not a citizen may be removed from the United States, denied citizenship, and denied admission to the United States in the future.

(i) If convicted, a defendant's plea of guilty may result in findings that result in deportation, exclusion from admission to the United States, or denial of citizenship.

Terms not defined by common use.

| | |
|---|---|
| THOMAS A. EDWARDS | JASON R. COODY |
| Attorney for Defendant | United States Attorney |
| | |
| | STEPHEN M. KUNZ |
| | [illegible title] |
| Date | Assistant United States Attorney |
| | Northern District of Florida |
| | 401 SE 1st Avenue, Suite 211 |
| | Gainesville, FL 32601 |
| | Tel: 352-378-0996 |
| | stephen.kunz@usdoj.gov |
| | |
| | 3/21/24 |
| Date | Date |