IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

CASE NO: 1:23-cr-00020-AW-MAL-2

vs.

**OLIVIA ASHFORD HENN,**

_____/

NOTICE OF FILING

**COMES NOW**, Defendant, **OLIVIA ASHFORD HENN**, by and through his undersigned attorney, **THOMAS L. EDWARDS**, and files the attached character reference letters on behalf of Defendant.

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished via **eservice** to Assistant United State Attorney, **David P. Byron**, at the Office of the U.S. State Attorney, located at 300 E University Avenue, Suite 310, Gainesville, FL 32601 at david.byron@usdoj.gov on this **6th** day of **August**, 2024.

Respectfully filed,

Thomas L. Edwards, P.A.
& Christopher J. Jones
Attorneys at Law

/s/ *Thomas L. Edwards*

**THOMAS L. EDWARDS**
Florida Bar Number: 0735035
4545 NW 8th Avenue
Gainesville, FL  32605
352-377-7800 (Telephone)
tome@lawfl.net
brandenw@lawfl.net

July 21, 2024

Federal Building/Federal Court
401 SE First Ave
Gainsville, Fla 32601

RE:  Olivia Ashford Henn
     Case: 1;23-CR-00020

Dear Honorable Judge Allen C. Winsor,

My name is Diane Henn and I am Olivia Henn's aunt who resides in Lindenhurst, NY.  In August 2023 our family became aware that Olivia was arrested for a terrible crime while working in Florida. We were very disturbed and shocked of the charges. To date Olivia has expressed to us that she is remorseful of her actions and sorry for the pain she has brought on to the victim and her family.

I would like you to know a little bit about my niece. She was taught to be kind, loving and compassionate toward others without judgement. She was raised to be strong and respectable. As a young child her grandmother, Grace Burkart (deceased) would take her to the Senior Centers to listen to music and mingle with all the seniors who enjoyed Olivia's company. Olivia loves food, animals, art, music and insects. To me, my niece is very naive and innocent in many ways which she denies.  She very smart and strong-willed young lady.  She has never been in trouble and has realized that she needs to be responsible for this terrible crime she has committed. Please take inconsideration that she was unaware of the situation that she got herself in.  Thanking you in advance for taking the time to read my letter.

Sincerely,
Diane Henn
Diane Henn

July 21, 2024

Federal Building/Federal Court
401 SE First Ave
Gainsville, Fla 32601

RE: Olivia Ashford Henn
case: 1;23-CR-00020

Dear Honorable Judge Allen C. Windsor;

My name is Nanette Spatafore and I am Olivia Ashford Henn's aunt & Godmother from baptism. I've known Olivia all her life. I know of the crime that Olivia committed I know it was very bad and appalling. It 's the most horrible thing she ever did in her life. Let me please tell you about the Olivia Henn I know and Love. She is very caring and compassionate and was brought up to be respectful and kind to others. Olivia is a very smart and well educated young lady. She likes a good debate and can be controversial at times, but likes to get her point across. But that makes her very persistent in accomplishing her goals. I believe in this case that she was very misguided and she made a serious judgment call. I truly believe that she shows a lack of experience and can be easily misled. But she is such a sweet, innocent young lady. She has a tremendous heart and loves her family & friends very much. Olivia also loves animals she has dogs ,cats and a rabbit. Olivia is a very bright and has never been in any trouble her whole life. She worked hard on her education, and also worked part time at a large supermarket. She got along very well with her co-workers and her managers, they all adored her. She always wanted to further her education and achieve her goals. The crime she committed was a huge terrible blunder and I know Olivia is so remorseful and deeply full of regret that this happened.

I appreciate you taking the time to read this letter regarding my niece Olivia Henn.

Thank you kindly,
*Nanette Spatafore*
Nanette Spatafore

*Information about Olivia Ashford Henn*

*July 28, 2024*

Attention: Mr. Edwards and Mr Doll

My name is Charlene Bradshaw. My daughter, Kelly Ashford is Olivia Ashford's step-mother. I am writing this letter to offer a vision of how I have witnessed Olivia in the past. I am doing this to highlight two points. First that Olivia, in my experience, has always been a person who has gone above and beyond when it comes to considering the feelings of others. Secondly I know that Olivia has had an upbringing that has caused her to doubt her own self worth.

I can cite an example of Olivia's empathy and compassion that went beyond what a young person would engage in. My niece tragically passed away in 2018. Olivia was 15 at the time. My sister, my nieces mother was very distraught. She was obsessing about the fact that her daughter's hands would be cold, and Olivia, without any prompting stepped forward. (The body was still in the house) and held my nieces hands. She said she did this to try and comfort my sister. Olivia did not want to see her so sad. She held my nieces hands until the coroner came to take her. That was such a remarkable act for a young teenager to do. My sister talks about that at to this day. This shows that Olivia has a kind heart and is not I any way wanting to bring harm or intentional discomfort to anyone.

I know that I am not a professional but I do know that as Olivia was growing up she was exposed to intense vitriol from her mother concerning her father. No matter what her father did to try to make her life normal and comfortable, her mother would find fault and brainwash Olivia into hearing what a terrible person here father was. The harder Olivia tried to make a connection with her father, her mother would intercede and make Olivia feel that her father was not good and tell her that she should not be with him. Being a teenager, hormones came into play and Olivia felt that the only way she could be valued would be to give herself sexually to a boy. This was evidenced by what occurred in high school.

In the instance that is being weighed currently, Olivia did not precipitate what happened. This is a matter that should be weighed making it obvious that Olivia was again the victim. She was lured into this older man's home and activities with the hope that she would be wanted and valued. She was not aware of the age of the young girl since she tends to believe what is told to her as truth. (Consider all the mistruths she had been given by her mother about her father). Olivia did not live with the man and was only complying and giving in to his manipulation to feel wanted by a man.

I firmly believe the she would benefit immensely from therapy but definitely not prison.

I hope that my belief in her as a valuable, caring, compassionate young woman will aid you in your decisions regarding her future.

I will leave you with a quote by Shari Alison.
"Putting forward your positive energy connects you back to basic human values which we all share, Good Deeds shows that no matter the size of the gesture, a smile that brightens someone's else's day or volunteering in your community, we can all take an active part in making a difference."

This, I feel truly encapsulates Olivia's net worth. I ask you to please realize her vulnerability and give her proper counseling to restore her to her community where she will be that positive force that will help others.

Sincerely and with deepest entreaty, I ask for your wisdom in this matter.

Charlene Bradshaw

*Charlene Bradshaw*

July 24, 2024

Dr. Ann Marie Powers
Dept. of Sociology/Open Acadia
Acadia University
Wolfville, Nova Scotia
B4P 2R6   Canada

The Honorable Allen C. Winsor
Federal Building/U.S. Federal Court
401 Southeast First Ave.
Gainesville, Fl.
32601   USA

Ref:  Case # 1;23-CR-00020
Olivia Ashford Henn

Dear Judge Winsor,

How do I begin to write a letter for Olivia Henn which brings me both joy and sorrow? Joy to have known this vibrant young woman since she was born, and sorrow that her trusting spirit, naivete, and atypical childhood have brought her into a troublesome situation to which she has submitted a plea of guilty.

Although I now live in Canada, I lived in New York at the time Olivia was born and through the years have visited often to see my friends and relations. What I recall the most about her early years is Olivia's thoughtfulness. Whenever Olivia went to visit her aunts, who live next door to my sister, she would always stop by to say hello and have a chat with my sister or with me.   As the years passed and I moved to Canada, she often asked me how I liked Canada and whether I found it difficult to move away from home and all that I knew.  She understood that I might be a little homesick and I appreciated her empathy.

From the outset, Olivia had a great enthusiasm for art, and she often created artwork and gifted it as a token of love and respect to those in her family and among her circle of friends. She was thoughtful, kind and a genuinely sweet soul.  Dare I say she had a naivete that was endearing; but these character traits have betrayed her in her youthfulness.  She has learned a hard lesson, but perhaps she had to learn the hard way. She had only been in Florida a short time; I wonder how this could have happened?

I appreciate the court's consideration towards this young woman, whose life holds so much promise and is still so new.  Having taught for over 30 years at the University level

in both the U.S. and Canada, I realize all too well how many twenty-year-old students think they do know it all. Most of the time, their attitude makes me smile; but what has happened with Olivia breaks my heart. If you require any further information, please do not hesitate to contact me.   I remain,

Yours sincerely

*Ann Marie Powers*

Ann Marie Powers, PhD
ann-marie.powers@acadiau.ca
H: 902- 457- 9196

 Gmail

**Logan Doll <logand@lawfl.net>**

## Fwd: Olivia Henn

**Carolyn Tringali** <nymom2020@aol.com>  Tue, Jul 23, 2024 at 6:24 PM
To: logand@lawfl.net

Sent from my iPad

Begin forwarded message:

> **From:** Carolyn Tringali <nymom2020@aol.com>
> **Date:** June 18, 2024 at 3:17:44 PM EDT
> **To:** Lhenn2020@gmail.com
> **Subject: Liv**

Your Honor,

I'm writing on behalf of Olivia Henn.

I've known Olivia for approximately 12 years. My youngest son Mark was in the 5th grade when we moved to a new town and Liv was his first friend. They spent time together after school, at my home or her mothers, many times throughout the years and a family friendship with Laurie ensued.

I am a mother of 4. I always chalked up Olivia's extreme individuality to being an only child. She loved to sing, act, dance and is talented in artwork. Our kids loved horror movies and anything to do with Halloween. Their imaginations together was always entertaining for me.

Beyond school the children were involved in competitive archery for years together.
We took short trips, Sleepy Hollow NY, Hershey PA, and outings of all kinds when we could. Laurie was always very active with Liv, and in the teen years she was especially diligent keeping tabs on and trying to safeguard Olivia. Once, my son alerted me to a concerning social media post from Liv. I informed Laurie who took immediate, decisive action.

Olivia was always a very caring, creative, bright, imaginative young girl. She loves animals, and had many different pets. She sought out the misfit and befriended them. Not always the best course. Many of her "friends" were no such thing. Liv was trusting and gullible, unable to judge other peoples motives. She is naive and immature in ways of understanding how the world works. All kids think they're invincible to some extent, but warning Liv of bad things that might happen struck her as absurd.

That being said, her heart is pure. Her spirit is innocent. Her compassion is genuine. Liv yearns for whatever it is that she's missing, her wounds are palpable.

I was aware of the rocky relationship between Liv and her father. The first, most important relationship with a man left her lacking and rejected. This has affected her, apparently, by her seeking approval from older men, desperately looking for acceptance from a father figure. There are too many examples to list, but to sum it up, the care and concern shown by her father was strictly a public display for audience consumption. It rarely continued in private. I believe this set Olivia up for the events that followed.

I knew before Liv was 18 it had begun. She was victimized, raped, groomed and exploited, little by little, over time, by many people. I don't know that anyone was held accountable.

Liv has a long history of mental health issues under constant doctors care. Medication hesitancy and refusal was always an aspect. When Liv was a college student in NY a new diagnosis of neurological disorder brought stark lifestyle changes and new medications to adjust to. This predicated her enrollment in the Disney Program and her move to Florida. This seemed to be a solution to her new set of circumstances.

Olivia is not a cold blooded criminal that should be facing decades, losing decades. She is barely an adult herself, a victim of this man before the court today as well.
Liv would never set out to do harm. Only 20 herself at the time, unable to discern another young girls age and believing what she's told.

I understand the magnitude of the situation, however, I'm advocating for leniency because I know with Olivia's

disposition, the right treatment and maturity, she would be an asset to the victim community in some capacity. She had already begun studying psychology and I feel she'd have unique insight.

With all due respect, I believe Olivia needs extensive psychiatric care to unwind the years of abuse and assault, not the prescribed route.
Or she gets victimized once again, never getting a chance to become a true survivor herself.

Please show mercy to Olivia's plight.  Thank you for your consideration and for allowing me to speak on the record.

Sincerely,
Carolyn Tringali
21 Threepence Dr
Melville NY 11747

516-697-3071



Sent from my iPad



Logan Doll <logand@lawfl.net>

## Fwd: Olivia Henn

**Carolyn Tringali** <nymom2020@aol.com>  
To: logand@lawfl.net

Tue, Jul 23, 2024 at 6:22 PM

Sent from my iPad

Begin forwarded message:

> **From:** Carolyn Tringali <nymom2020@aol.com>  
> **Date:** June 18, 2024 at 3:30:04 PM EDT  
> **To:** Lhenn2020@gmail.com  
> **Subject: Liv**
>
> Dear Judge,
>
> My name is Mark Tringali and Olivia Henn was one of my first friends in my new school.
> She was always a very nice person to me and everyone around her. She never liked to talk about her trauma but loved helping others with theirs, always helping me through whatever was thrown my way. Olivia is full of passion and creativity.  Although we grew apart, my parents and her mom remained friends. It was always a nice reunion when I would see or hear about her in passing.
>
> I did have a short conversation with Olivia over video chat post incarceration. I was super proud to see she had friends standing behind her giggling and waving at the camera and to see she's making the best of a terrible situation.
>
> I understand the scale of the situation. I whole heartedly believe Olivia is a victim in this as she was in the past which developed the wrong coping mechanisms over the years.
>
> Sincerely,  
> Mark Tringali  
> 21 Threepence Dr  
> Melville NY 11747  
> 631-682-9112
>
> Sent from my iPad